STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Ave., Suite 1012
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>MEDIALAB AI, INC. d/b/a KIK,<br><br>    *Defendant*. | CASE NO. 2:22-cv-01380<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br>**COMPLAINT** |

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" or "RPI") files this original Complaint against MediaLab AI, Inc. d/b/a/ Kik ("Defendant" or "Kik") for infringement of United States Patent No. 8,437,797 ("the '797 Patent").

**PARTIES AND JURISDICTION**

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation with a place of business at 1237 7th Street, Santa Monica, CA 90401. On information and belief, Defendant may be served through its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I

## (INFRINGEMENT OF UNITED STATES PATENT NO. 8,437,797)

8. Paragraphs 1-7 are incorporated herein.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '797 Patent with sole rights to enforce the '797 patent and sue infringers.

11. A copy of the '797 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '797 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims (at least by having its employees, or someone under Defendant's control, test the accused product), including at least Claim 16 of the '797 Patent by making, using, importing, selling, and/or offering for sale network storage systems including hardware, software and firmware, covered by at least Claim 16 of the '797 Patent.

14. On information and belief, Defendant sells, offers to sell, and/or uses network storage systems and methods including, without limitation, the Kik media platform, Kik Messenger App, and any similar products ("Product"), which infringe at least Claim 16 of the '797 Patent.

15. The Product uses an image capturing device to perform a method. The Product receives and filters photographic images from cameras. The Product also shares the images according to certain conditions. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.



3
COMPLAINT AGAINST MEDIALAB AI, INC. D/B/A KIK

16. The Product practices receiving a plurality of images. For example, the Product provides for receiving multiple photos from a user device and receiving the photos in a photo library. The Product's app can access captured images (e.g., images stored on a smartphone) and allow a user to transfer the images to other users. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

> 1. Grab your iPhone or your Android mobile device.
> 2. Launch Kik Messenger.
> 3. Go to the conversation where you would like to send a picture.
> 4. Once you are within your conversation, tap on the plus sign (+) located on the left hand side of your screen.
> 5. After you tap on the "+" sign, you will be presented with a series of options. From all those options, choose the "Gallery". This will open your mobile device's photo gallery. Some users have more than one photo galleries or different photo storage apps on their mobile devices. In that case, those users would be presented with all the different options and they would have to choose the relevant one after they tap on the "+" sign.
> 6. Once you have opened your photo gallery, you will have to choose the picture you would like to share.
> 7. Finally, just tap on the "send" icon in order to send the photo to the Kik friend you are chatting with. You can send the picture alone or, if you so choose, you can also add a written message to go with it.

> *Although rare, it is quite possible to encounter certain problems when following this process. If you find that you can access your photo gallery (or galleries) from the Kik Messenger app, do not worry for it simply means that you will have to give the instant messaging app permission to access the pictures in your smart phone or mobile device. If that is the case, just go to your smart phone settings and go into your application manager to allow the Kik Messenger app to access your photos.*

Source: https://kikloginonline.com/send-photos-on-kik/

17. The Product practices filtering the plurality of photographic images (e.g., sorting the photos) using a transfer criteria (e.g., user selection of particular photos, etc.). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

> **Kik**
> MediaLab AI - Kik
>
> Showing permissions for all versions of this app
>
> - Wi-Fi connection information
>   - view Wi-Fi connections

> **Kik**
> MediaLab AI - Kik
>
> Showing permissions for all versions of this app
>
> - Photos / Media / Files
>   - modify or delete the contents of your USB storage
>   - read the contents of your USB storage

Source: https://play.google.com/store/apps/details?id=kik.android&hl=en_IN&gl=US

> *Although rare, it is quite possible to encounter certain problems when following this process. If you find that you can access your photo gallery (or galleries) from the Kik Messenger app, do not worry for it simply means that you will have to give the instant messaging app permission to access the pictures in your smart phone or mobile device.* If that is the case, just go to your smart phone settings and go into your application manager to allow the Kik Messenger app to access your photos.

Source: https://kikloginonline.com/send-photos-on-kik/

18. The Product practices transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. For example, files of filtered photos can be shared with other mobile devices. The Product enables a user to search, download, and share photos to a second image capturing device (e.g., another mobile device or a computer). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

**Kik**
MediaLab AI - Kik

Showing permissions for all versions of this app

- Wi-Fi connection information
  - view Wi-Fi connections

**Kik**
MediaLab AI - Kik

Showing permissions for all versions of this app

- Photos / Media / Files
  - modify or delete the contents of your USB storage
  - read the contents of your USB storage

Source: https://play.google.com/store/apps/details?id=kik.android&hl=en_IN&gl=US

> Although rare, it is quite possible to encounter certain problems when following this process. If you find that <u>you can access your photo gallery (or galleries) from the Kik Messenger app, do not worry for it simply means that you will have to give the instant messaging app permission to access the pictures in your smart phone or mobile device</u>. If that is the case, just go to <u>your smart phone settings and go into your application manager to allow the Kik Messenger app to access your photos.</u>

Source: https://kikloginonline.com/send-photos-on-kik/

19.  When using the Product to share photos with a group (e.g., social media group or private group), the image capturing device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device (e.g., the users of both devices belong to the same social media group and may send images to each other as well as other users). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

> All Kik Messenger users can send and receive photos on the Kik Messenger app. There are, however, differences in the process that users would need to follow in order to send pictures depending on the smart phone or smart mobile device they use.

> 1. Grab your iPhone or your Android mobile device.
> 2. Launch Kik Messenger.
> 3. Go to the conversation where you would like to send a picture.
> 4. Once you are within your conversation, tap on the plus sign (+) located on the left hand side of your screen.
> 5. After you tap on the "+" sign, you will be presented with a series of options. From all those options, choose the "Gallery". This will open your mobile device's photo gallery. Some users have more than one photo galleries or different photo storage apps on their mobile devices. In that case, those users would be presented with all the different options and they would have to choose the relevant one after they tap on the "+" sign.
> 6. Once you have opened your photo gallery, you will have to choose the picture you would like to share.
> 7. Finally, just tap on the "send" icon in order to send the photo to the Kik friend you are chatting with. You can send the picture alone or, if you so choose, you can also add a written message to go with it.

Source: https://kikloginonline.com/send-photos-on-kik/

20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

22. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order Enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant

who receive notice of the order from further infringement of United States Patent No. 8,437,797 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

    (c)    Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

    (d)    Award Plaintiff pre-judgment and post-judgment interest and costs; and

    (e)    Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: February 28, 2022        Respectfully submitted,

*/s/Stephen M. Lobbin*
**Attorney(s) for Plaintiff**