STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>**MEDIALAB AI, INC. d/b/a KIK,**<br><br>*Defendant.* | CASE NO. 2:22-cv-01380-SK<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME |

    Pursuant to Local Civil Rule 7, Plaintiff Rothschild Patent Imaging, LLC ("Plaintiff" and/or "RPI")), by and through its undersigned counsel, moves to extend the time for Defendant, MediaLab AI, Inc. d/b/a Kik ("Defendant" and/or "MediaLab IA") to object, respond to, move, or otherwise answer Plaintiff's complaint [Doc. 1]. Plaintiff requests an additional thirty (30) days for Defendant's answer up to and including June 19, 2022.

    This motion is not made for delay, as the parties are continuing to make progress toward resolving the matter without the need for further litigation and use of Court resources. Counsel for Plaintiff has conferred with counsel for Defendant, and Defendant is not opposed to the extension of time sought in this motion.

Dated: May 16, 2022          Respectfully submitted,

*/s/Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on May 16, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/Stephen M. Lobbin*
Stephen M. Lobbin