STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDIALAB AI, INC. d/b/a KIK,<br><br>*Defendant*. | CASE NO.: 2:22-cv-01380-JWH-PD<br><br>REPORT OF SETTLEMENT AND MOTION TO STAY DEADLINES |

Pursuant to L.R. 16-15.7 ("Report of Settlement"), Plaintiff advises the Court that the parties have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement and anticipate they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court stay the proceedings in this action, including all deadlines, up to or until July 18, 2022. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

| | |
|---|---|
| Dated: June 17, 2022 | Respectfully submitted,<br><br>*/s/ Stephen M. Lobbin*<br>Stephen M. Lobbin<br>sml@smlavvocati.com<br>SML AVVOCATI P.C.<br>888 Prospect Street, Suite 200<br>San Diego, California 92037<br>(949) 636-1391 (Phone)<br><br>***Attorney(s) for Plaintiff*** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin